

# THE ATTORNEY GENERAL
## OF TEXAS

Honorable T. O. Walton, President
Agricultural & Mechanical College of Texas
College Station, Texas

Dear Sir:

Opinion No. O-4131
Re: Items 273 and 274, of House
    Bill 272, Acts Regular Ses-
    sion, Forty-seventh Legisla-
    ture, as provided on twelve
    months basis.

     Your letter of October 14th states that the appropria-
tion provided for A. &M. College for the current biennium fails
to indicate in connection with that portion thereof providing
the clerical force of the School of Arts & Science, that the
appropriations for such clerical force are on a twelve months
basis. You note that all appropriations are for nine months
except when indicated otherwise, and ask the opinion of this
department upon the question: Is the State Comptroller autho-
rized to pay vouchers for items 273 and 274 on a twelve months
rather than a nine months basis.

     We do not know where you obtained your information to
the effect that the appropriation for A. & M. College fails to
provide specifically for the clerical force of the School of
Arts & Science on a twelve months basis.

     We have this morning examined the enrolled bill in
the office of the Secretary of State, to-wit, House Bill 272,
Acts Forty-seventh Legislature, Regular Session. The portion
of the bill which concerns your inquiry provides as follows:

> "Clerical force -School of Arts & Science
> (12 months)
>
> "273.  Stenographer . . . $1,000.00  - $1,000.00

"274.    Stenographer . . . $1,000.00    -   $1,000.00

"275.    Stenographer . . . $1.000.00    -   $1,000.00

In accordance, therefore, with the express provisions of the enrolled bill, your question is answered in the affirmative.

Yours very truly

APPROVED OCT 22, 1941
/s/ Grover Sellers          ATTORNEY GENERAL OF TEXAS
FIRST ASSISTANT
ATTORNEY GENERAL           /s/ Richard W. Fairchild
                                        Assistant

RWF:ej

APPROVED OPINION COMMITTEE
By BWB, Chairman